JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHAEL P. JOHNSON | Case No.: EDCV 17-00080-GW (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that that the decision of the Commissioner of Social Security is reversed and the matter is remanded for further administrative proceedings consistent with the Report and Recommendation.

Dated: October 19, 2017

George H. Wu

_____
GEORGE H. WU
United States District Judge